IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKARD DENNIS ANDERSON,

      Plaintiff,                             No. CIV S-06-1436 DFL EFB P

      vs.

RICHARD KOCH, et al.,

      Defendants.                      FINDINGS AND RECOMMENDATIONS

/

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 26, 2006, the court ordered plaintiff to file an *in forma pauperis* affidavit or pay the appropriate filing fee within 30 days. The order warned plaintiff that his failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed an *in forma pauperis* affidavit, paid the appropriate filing fee or otherwise responded to that order.

      It therefore is RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  November 30, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2