IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKARD DENNIS ANDERSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>RICHARD KOCH, et al.,<br><br>        Defendants. | Case No. 2:06-cv-01436 JKS EFB P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 1, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

      Specifically, the magistrate judge recommended dismissal because Plaintiff failed to comply with the Court's direction to either pay the filing fee or file a complete application to proceed in forma pauperis within 30 days.  The Court has reviewed the file and notes that although Plaintiff subsequently requested an additional application, he has still not paid the filing fee or filed a complete application.  Having reviewed the file and found the findings and recommendations to be

1

supported by the record and by the magistrate judge's analysis, the Court finds dismissal appropriate. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

      Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed December 1, 2006, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

                                            /s/ James K. Singleton, Jr.
                                            **JAMES K. SINGLETON, JR.**
                                            United States District Judge

ORDER